UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAH GOOLDEN,

                              Plaintiff,

                -v-

HAMED WARDAK,

                              Defendant.

19-CV-6257 (JPO)

ORDER

J. Paul Oetken, United States District Judge:

 Plaintiff Sarah Goolden commenced this action on July 5, 2019.  (Dkt. No. 1.)  On July 23, 2020, the Court granted in part and denied in part Defendant's motion to dismiss.  (Dkt. No. 32.)  Plaintiff's motion for leave to amend her complaint was granted.  (*Id.*)  The Court directed Plaintiff to file an amended complaint on or before August 13, 2020.  (Dkt. No. 32 at 19.)  If Plaintiff did not file an amended complaint by that date, the Court instructed that "the claims dismissed in this Opinion and Order will be dismissed with prejudice."  (*Id.*)

 As of the date of this Order, Plaintiff has not filed an amended complaint.  The claims dismissed in the Court's July 23, 2020, Opinion and Order are therefore dismissed with prejudice.

 SO ORDERED.

Dated: August 14, 2020
   New York, New York

_____
J. PAUL OETKEN
United States District Judge