UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH GOOLDEN,<br><br>      Plaintiff<br><br>v.<br><br>HAMED WARDAK,<br><br>      Defendant. | 19 CV 6257 (JPO) |
| HAMED WARDAK,<br><br>      Counterclaim-Plaintiff<br><br>v.<br><br>SARAH GOOLDEN,<br><br>      Counterclaim-Defendant. | NOTICE OF MOTION TO BE RELIEVED AS COUNSEL |
| HAMED WARDAK,<br><br>      Third-Party Plaintiff<br><br>v.<br><br>WALKER HARMAN JR., and BRIAN CAVANAUGH,<br><br>      Third-Party Defendants. | |

**PLEASE TAKE NOTICE THAT,** upon the accompanying Declaration of Michael Paul Bowen, Esq., dated November 18, 2020, and upon all papers and proceedings herein, Kasowitz Benson Torres LLP, Paul M. O'Connor III, Michael Paul Bowen and Michelle G. Bernstein, hereby move this Court, before the Honorable J. Paul Oetken, District Judge at the United States Courthouse for the Southern District of New York, 40 Foley Square, Courtroom 706, New York, New York 10007, for an order, pursuant to Local Civil Rule 1.4, relieving Kasowitz Benson Torres LLP, Paul M. O'Connor III, Michael Paul Bowen and Michelle G. Bernstein as counsel for Defendant/Counterclaim-Plaintiff Hamed Wardak, for a stay of this proceeding to permit Mr.

Wardak to obtain new counsel, and for such other and further relief as the Court may deem just and proper. The motion shall be heard on a date and at a time directed by the Court.

Dated:  New York, New York
       November 18, 2020

> (1) Kasowitz Benson Torres LLP, Paul M. O'Connor III, Michael Paul Bowen, and Michelle G. Bernstein are hereby relieved as counsel for Defendant Hamed Wardak.
> (2) This action is hereby stayed **until January 8, 2021** to permit Defendant to obtain new counsel.
> (3) Defendant Hamed Wardak shall have new counsel enter an appearance on the docket by January 8, 2021, or shall indicate by that date that he wishes to represent himself. If he wishes to appear pro se, he is directed to consult this Court's website as to how to proceed.
> (4) Withdrawing counsel shall provide Defendant Wardak with a copy of this order within 4 business days.
> (5) The Clerk is directed to close Dkt. No. 48.
> So ordered.
> Nov. 23, 2020

KASOWITZ BENSON TORRES LLP

By: /s/ *Michael Paul Bowen*
    Paul M. O'Connor III
    (NY Bar No. 2188977)
    (poconnor@kasowitz.com)
    Michael Paul Bowen
    (NY Bar No. 2534576)
    (mbowen@kasowitz.com)
    Michelle G. Bernstein
    (NY Bar No. 4905147
    (mgenet@kasowitz.com)

1633 Broadway
New York, New York 10019
(212) 506-1961

*Outgoing Attorneys for Defendant/Counterclaim-Plaintiff Hamed Wardak*

_____
J. PAUL OETKEN
United States District Judge