UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH GOOLDEN,<br><br>      Plaintiff,<br><br>      v.<br><br>HAMED WARDAK,<br><br>      Defendant. | No. 19-CV-06257 (JPO)<br><br>ECF Case |
| HAMED WARDAK,<br><br>      Counterclaim-Plaintiff,<br><br>      v.<br><br>SARAH GOOLDEN,<br><br>      Counterclaim-Defendant. | **ORDER** |
| HAMED WARDAK,<br><br>      Third-Party Plaintiff,<br><br>      v.<br><br>BRIAN CAVANAUGH,<br><br>      Third-Party Defendant. | |

      Defendant/Counterclaim-Plaintiff/Third-Party Plaintiff Hamed Wardak ("Wardak") seeks to amend his Answer, Counterclaims, and Third-Party Claim with the written consent of Plaintiff/Counterclaim-Defendant Sarah Goolden pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure. Wardak's Amended Answer, Counterclaims, and Third-Party Claim are hereby allowed, and all claims against Third-Party Defendant Walker Harman, Jr. are hereby dismissed without prejudice.

      Additionally, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the time for service of Third-Party Defendant Brian Cavanaugh is extended until seven (7) days from the date of this Order.

SO ORDERED:

Dated: January 29, 2021

_____
J. PAUL OETKEN
United States District Judge