UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH GOOLDEN,<br><br>      Plaintiff,<br><br>      v.<br><br>HAMED WARDAK,<br><br>      Defendant.<br><br>HAMED WARDAK,<br><br>      Counterclaim-Plaintiff,<br><br>      v.<br><br>SARAH GOOLDEN,<br><br>      Counterclaim-Defendant. | No. 19-CV-06257 (JPO)<br><br>ECF Case<br><br><br>**ORDER** |

      Defendant/Counterclaim-Plaintiff/Third-Party Plaintiff Hamed Wardak ("Wardak") seeks to amend his Answer, Counterclaims, and Third-Party Claim as a matter of course pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure in response to Third-Party Defendant Brian Cavanaugh's Motion to Dismiss filed on March 3, 2021 [Dkt. No. 67].  Wardak's Second Amended Answer and Counterclaim is hereby allowed, and all claims against Third-Party Defendant Brian Cavanaugh are hereby dismissed without prejudice.

      Defendant Wardak shall file the Second Amended Answer and Counterclaim on ECF.

      Third-Party Defendant Brian Cavanaugh's Motion to Dismiss is denied as moot. Cavanaugh is terminated as a party to this case.

      The Clerk is directed to close Dkt. Nos. 67 and 68.

      SO ORDERED:

Dated: March 16, 2021

      J. PAUL OETKEN
      United States District Judge