UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 19 CV 06257

SARAH GOOLDEN, Plaintiff,

   v.

HAMED WARDAK, Defendant.
_____/

**NOTICE OF PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM**

**PLEASE TAKE NOTICE THAT,** upon the accompanying Memorandum of Law in Support of Plaintiff's Motion to Dismiss dated October 21, 2021, and the Declaration of Aurore C. DeCarlo dated October 21, 2021, counsel for Plaintiff will move this Court, on a date and time to be set by the Court, before the Honorable Debra C. Freeman, United States District Magistrate Judge, at the United States Courthouse, Southern District of New York, located at 40 Centre Street, New York, NY 10007, for an Order granting Plaintiff's Motion to Dismiss Defendant's Counterclaim.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on this 21st day of October, 2021.

                                                    C.A. GOLDBERG PLLC

By:        /s/ Aurore C. DeCarlo
              Aurore C. DeCarlo
              16 Court Street, 33rd Floor
              Brooklyn, New York 11241
              aurore@cagoldberglaw.com
              (646) 666-8908
              *Attorneys for Plaintiff*