UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SARAH GOOLDEN

                              Plaintiff,                        19-CV-6257(ALC) (VF)

     -against-                        **ORDER SCHEDULING DISCOVERY**
                                                            **CONFERENCE**

HAMED WARDAK,

                              Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A telephonic Discovery Conference in this matter is hereby scheduled for **Thursday, May 5, 2022, at 3:00 p.m.**  Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code [9781335].**

      SO ORDERED.

DATED:      New York, New York
                   May 2, 2022

                                                                   _____
                                                                   VALERIE FIGUEREDO
                                                                   United States Magistrate Judge