The Law Offices of
# Millsaps & Associates PLLC

> **Application Granted**
>
> /s/ Valerie Figueredo, U.S.M.J.
>
> DATED: 8-1-2022
>
> The conference scheduled for August 2, 2022 at 3 p.m. is hereby reschedule to Tuesday, September 13, 2022 at 11:00 a.m. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808-6929; access code 9781335.

<u>VIA ECF</u>

Honorable Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: *Goolden v. Wardak and Wardak v. Goolden*, No. 19-CV-6257 (ALC)(VF)

Dear Judge Figueredo,

  We are outgoing counsel for Defendant/Counterclaim-Plaintiff Hamed Wardak in the above-referenced matter. This week, we filed motions to be relieved as counsel for Mr. Wardak. *See* Dkt. Nos. 158-161. Our motions additionally request a 30-day stay of this case to allow Mr. Wardak time to retain new counsel. Commensurate with that request, we write to request a 30-day adjournment of the Rule 37.2 conference requested by Mr. Wardak and currently scheduled for next Tuesday, August 2. No previous requests for adjournment have been made. Plaintiff consents to this request.

ChaudhryLaw PLLC

/s/ *Priya Chaudhry*
Priya Chaudhry

                Sincerely,

                /s/ *Rhett O. Millsaps II*
                Rhett O. Millsaps II

     *Outgoing Attorneys for Defendant/Counterclaim-Plaintiff Hamed Wardak*

  Cc: All Counsel of Record (via ECF)

745 Fifth Avenue, Suite 500 | New York, NY 10151
646.535.1137 (P) | 646.355.2816 (F) | rhett@millsaps-law.com