UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SARAH GOOLDEN

                          Plaintiff,                              19-CV-6257(ALC) (VF)

       -against-                                  **ORDER**

HAMED WARDAK,

                          Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      For the reasons stated at the discovery conference held on May 5, 2022, the letter motion to compel at ECF No. 138 is resolved. Accordingly, the Clerk of Court is directed to terminate the motion at ECF No. 138.

      **SO ORDERED.**

DATED:    New York, New York
               September 14, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge