UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SARAH GOOLDEN

                         Plaintiff,                          19-CV-6257(ALC) (VF)

      -against-                                    **ORDER**

HAMED WARDAK,

                        Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On April 14, 2022, Defendant Hamed Wardak submitted a letter motion (ECF No. 141), asking to seal the transcript of the telephonic conference held before the Honorable Debra C. Freeman on March 15, 2022 (ECF No. 135) and proposing redactions to that transcript for public filing (ECF No. 142). Plaintiff Sarah Goolden consents to this request.

The redactions include "certain sensitive, identifying information that is the subject of the letter motion submissions" previously placed under seal by Order of this Court (see ECF Nos. 129-131, 134). Accordingly, consistent with this Court's prior Order (ECF No. 134) sealing documents containing similar information, the transcript filed at ECF No. 135 shall remain under seal. Defendant is directed to file the redacted version of the transcript on the public docket in this action.

The Clerk of Court is directed to terminate the motion at ECF No. 141.

     **SO ORDERED.**

DATED:    New York, New York
               September 15, 2022

                                                                _____
                                                                VALERIE FIGUEREDO
                                                                United States Magistrate Judge