**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SARAH GOOLDEN

                                Plaintiff,                **19-CV-6257 (ALC) (VF)**

          -against-                                           **ORDER**

HAMED WARDAK,

                                Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to submit a joint letter by **Friday, October 7, 2022**, updating the court as to the status of the discovery dispute addressed at the conference held before this Court on September 28, 2022.

      **SO ORDERED.**

DATED:    New York, New York
               September 28, 2022

                                                                VALERIE FIGUEREDO
                                                               United States Magistrate Judge