UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SARAH GOOLDEN

                        Plaintiff,                    **19-CV-6257 (ALC) (VF)**

     -against-                                 **ORDER**

HAMED WARDAK,

                        Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The parties are directed to submit a joint letter by **Friday, January 20, 2023**, updating the court as to the status of the discovery dispute addressed at the conference held before this Court on November 3, 2022, and whether the parties anticipate any motion practice.

       **SO ORDERED.**

DATED:     New York, New York
               November 3, 2022

                                                 _____
                                                 VALERIE FIGUEREDO
                                                 United States Magistrate Judge