# EXHIBIT C

**AUTHORIZATION TO RELEASE CELLULAR PHONE AND MESSAGING RECORDS**

Account Holder Name: Sarah Goolden

Cellular Number: 1(646) 954-8077

Service Provider: AT&T

Account Number: 512145981641

YOU ARE HEREBY AUTHORIZED AND REQUESTED to release and deliver to Rhett O. Millsaps II, Millsaps & Associates PLLC, e-mail address: rhett@millsaps-law.com, mailing address: 745 Fifth Avenue, Suite 500, New York, NY 10151, copies of any and all cellular phone records, including but not limited to telephone bills containing detailed call and text records, statements, text data, notes, and any other documents whatsoever pertaining to the above individual for the period from July 3, 2018 through July 17, 2018.

A photocopy of this authorization shall have the same force and effect as the original. This authorization shall remain in full force and effect for a period of one year unless specifically revoked in writing by me.

Sarah Goolden

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK )

Subscribed and sworn to before me this 28th day of September 2021, by Sarah Goolden.

Notary Public
Reg. #02ZO6371726
Expires: 3/5/2022