# EXHIBIT E

1      Q.   Where did you go?

2      A.   I went to a hotel.

3      Q.   You got a room there?

4      A.   Yes.

5      Q.   Okay.  And that was in Miami?

6      A.   Yes.

7      Q.   Did you go home immediately after that time?

8      A.   I was in a hotel.  I did not immediately home because

9  he held my friend, Stephanie's bag hostage, and wouldn't allow

10  her to take the bag, unless I came back and spoke with him and

11  gave her numerous threats.

12      Q.   Did you go back and speak with Mr. Wardak?

13      A.   Yes.

14      Q.   And what transpired between you and Mr. Wardak then?

15      A.   I explained to him that I did not want to be engaged

16  to him.  That it was a really extreme thing to get engaged.  I

17  wasn't comfortable.  I did not want to be engaged.  I tried to

18  speak to him calmly.  He did not accept that.  He became

19  enraged.  He begged me to marry him.  He even offered $3

20  million if I would married him.

21           Then he proceeded to blackmail me.  Told me that I

22  had two choices.  Either I could marry him and be in his life

23  in a good way, or I would not marry him, and be his enemy

24  forever; that he would never stop harassing me.  That he would

25  ruin my life by spreading defamatory comments.  He told me he's

Goolden004340

Sarah Goolden v. Hamed Wardak - 6/17/19          15

1  dealt with Al-Qaeda and the Taliban.  Who am I?  Just some

2  little blonde girl that he's going to destroy.  He's going to

3  paint me to be this drug addict, this terrible person.

4          His father murdered his mother.  Look what he's

5  capable of.  He's extremely rich, I have no money.  He's going

6  to bully me with lawsuits until I'm in debt, until I have no

7  other choice, and will never stop.

8      Q.  What did you do with the engagement ring that he gave

9  you?

10     A.  I tried to return it, and he was extremely enraged

11  and really angry, and mad I didn't want to keep this ring.

12     Q.  Okay.  Did you give it back to him?

13     A.  I did return the ring, yes.

14     Q.  That day or sometime later?

15     A.  No, he would not accept it, and I just wanted to get

16  out of it and just be safe.

17     Q.  Okay.  Did you then subsequently leave Miami?

18     A.  I did.

19     Q.  Okay.  And where did you go after you left Miami?

20     A.  I went back to New York.

21     Q.  Okay.  Did Mr. Wardak try to contact you after you

22  left Miami?

23     A.  Yes.

24     Q.  And approximately, what date was it that you left

25  Miami?

Goolden004341