# **EXHIBIT F**

**Messages exported from: Sarah's iPhone (+16469548077)**
**With: 3159565290**
PDF created with Decipher TextMessage (deciphertools.com)

**7/10/18, 11:31 AM**
Sarah's iPhone (+16469548077)

> Hey dad! Do you think you could mail me my jacket from The cleaners please to my apartment?

**7/10/18, 11:31 AM**
Sarah's iPhone (+16469548077)

> Sarah Goolden
> 251 w 18 street
> Apartment 1W
> New York New York 10011

**7/10/18, 2:56 PM**
3159565290

> Mailed out 2 day mail.  Should be there Thursday.

**7/10/18, 2:56 PM**
Sarah's iPhone (+16469548077)

> Thank you so much!!!!

**7/10/18, 4:04 PM**
3159565290

> FYI, I started a binder for Charlie's bills.  So far I have had to go to Petco for food and supplies and paid the vet for his boarding and grooming.  I'll take the money from your acct with 10K.   You can figure out the best way to reimburse yourself from the funds that were sent to you to be used for his care and use the binder Im keeping as your receipts.

**7/10/18, 4:05 PM**
Sarah's iPhone (+16469548077)

> Ok perfect!!

**7/10/18, 4:05 PM**
Sarah's iPhone (+16469548077)

> Thx

**7/10/18, 4:05 PM**
Sarah's iPhone (+16469548077)

> I feel so much better being in New York omg

**7/10/18, 4:05 PM**
Sarah's iPhone (+16469548077)

> His energy makes me crazy

**7/10/18, 4:05 PM**
Sarah's iPhone (+16469548077)

> And depressed

**7/10/18, 4:07 PM**
3159565290

> HE IS FUCKING INSANE. I still cannot believe what a totally SICK MOTHERFUCKER he is.  GOOD RIDDENS TO THAT SICK PIECE OF SHIT.  I will never ever speak to him again.

**7/10/18, 4:07 PM**
3159565290

> What a relief that you are AWAY from him.

1

Goolden007826

**7/10/18, 4:07 PM**
Sarah's iPhone (+16469548077)

Yeah

**7/10/18, 4:07 PM**
Sarah's iPhone (+16469548077)

I have the ring still tho ughhh

**7/10/18, 4:07 PM**
Sarah's iPhone (+16469548077)

He would not let me return it

**7/10/18, 4:08 PM**
Sarah's iPhone (+16469548077)

He freaked out

**7/10/18, 4:08 PM**
3159565290

Give it a couple weeks and I'll tend to sending the ring to his lawyer.

**7/10/18, 4:08 PM**
Sarah's iPhone (+16469548077)

Ok

**7/10/18, 4:08 PM**
Sarah's iPhone (+16469548077)

Should I txt him at all to be polite and soften the blow

**7/10/18, 4:08 PM**
3159565290

He's only worried about how he looks to people bc you broke off the engagement. Its all about him.

**7/10/18, 4:11 PM**
Sarah's iPhone (+16469548077)

💯 percent

**7/10/18, 4:12 PM**
Sarah's iPhone (+16469548077)

I want to tell him he can tell everyone he ended it

**7/10/18, 4:12 PM**
Sarah's iPhone (+16469548077)

That's fine w me 😂

**7/10/18, 4:12 PM (Viewed 7/10/18, 4:14 PM)**
3159565290

For sure. Let him think hes saving face. EVERYONE will know the truth.

**7/10/18, 4:13 PM (Viewed 7/10/18, 4:14 PM)**
3159565290

I am SOOOOOO fucking relieved to have him gone. Such a controlling manipulative piece of shit. 3 nippled loser.

**7/10/18, 4:14 PM**
Sarah's iPhone (+16469548077)

Yes my goddddd

2

**7/10/18, 4:22 PM**
3159565290

Honest to Christ, he is truly certifiably NUTS.  No wonder his family wont talk to him or have anything to do with him. He says he doesnt talk to them.   Im sure its the other way around.

**7/10/18, 4:23 PM**
Sarah's iPhone (+16469548077)

He has drama with everyone

**7/10/18, 4:23 PM**
Sarah's iPhone (+16469548077)

All the time

**7/10/18, 4:23 PM**
Sarah's iPhone (+16469548077)

His father mirdered his mother

**7/10/18, 4:23 PM**
Sarah's iPhone (+16469548077)

Craziness runs in the family

**7/10/18, 6:06 PM**
3159565290

Whats the name of that clothes steamer you like so well.

**7/10/18, 6:06 PM**
Sarah's iPhone (+16469548077)

Just one standup from amazon

**7/10/18, 6:06 PM**
Sarah's iPhone (+16469548077)

Go to prime and highest rated

**7/10/18, 6:07 PM**
3159565290

Ok.  Thanks

**7/10/18, 6:22 PM (Viewed 7/10/18, 6:24 PM)**
3159565290

Just ordered a REALLY nice one.  You're gonna love it.

**7/10/18, 6:24 PM**
Sarah's iPhone (+16469548077)

Great!!!!

**7/10/18, 7:59 PM**
3159565290

Give me a call

**7/12/18, 10:03 AM**
Sarah's iPhone (+16469548077)

Hey how are you?

Message not delivered.

**7/12/18, 10:03 AM**
Sarah's iPhone (+16469548077)

How's my baby doing ?

Message not delivered.

3

**Goolden007828**