# **EXHIBIT G**

```
[7/6/18, 5:49:47 PM] Sarah goolden NEW NEW NEW: No thanks babe Hamed organized everything already he's had it done for weeks
[7/6/18, 5:49:52 PM] Sarah goolden NEW NEW NEW: He spent 50k he's so extra
[7/6/18, 5:49:57 PM] Alexandra Wu: 😂😂😂😂
[7/6/18, 5:49:59 PM] Sarah goolden NEW NEW NEW: He is like close with Dave Grumman
[7/6/18, 5:50:01 PM] Alexandra Wu: I assumed so
[7/7/18, 11:22:02 AM] Alexandra Wu: Hi babe
[7/7/18, 11:22:08 AM] Alexandra Wu: How are you how is everything
[7/7/18, 11:46:12 AM] Sarah goolden NEW NEW NEW: Babe
[7/7/18, 11:46:15 AM] Sarah goolden NEW NEW NEW: I can't do this
[7/7/18, 11:46:20 AM] Sarah goolden NEW NEW NEW: This was a mistake
[7/7/18, 11:46:23 AM] Sarah goolden NEW NEW NEW: I am leaving now
[7/7/18, 11:46:28 AM] Sarah goolden NEW NEW NEW: Going to go to a hotels
[7/7/18, 11:46:31 AM] Sarah goolden NEW NEW NEW: I can't handle anything
[7/7/18, 11:46:38 AM] Sarah goolden NEW NEW NEW: Everything is a mess
[7/7/18, 11:47:35 AM] Sarah goolden NEW NEW NEW: I just can't do this
[7/7/18, 11:47:37 AM] Alexandra Wu: Babe ok just deep breaths
[7/7/18, 11:47:40 AM] Sarah goolden NEW NEW NEW: I'm leaving the ring and leaving
[7/7/18, 11:47:42 AM] Sarah goolden NEW NEW NEW: I can't do this
[7/7/18, 11:47:45 AM] Alexandra Wu: Omg
[7/7/18, 11:47:51 AM] Sarah goolden NEW NEW NEW: I can't this was a mistake
[7/7/18, 11:47:58 AM] Sarah goolden NEW NEW NEW: I don't like him
[7/7/18, 11:48:05 AM] Alexandra Wu: Oh no
[7/7/18, 11:48:11 AM] Alexandra Wu: Did you guys have sex?
[7/7/18, 11:48:31 AM] Alexandra Wu: Where is Hamed now?
[7/7/18, 11:57:07 AM] Alexandra Wu: Call me
[7/7/18, 11:57:08 AM] Sarah goolden NEW NEW NEW: Going to pack my bag now
[7/7/18, 11:57:10 AM] Sarah goolden NEW NEW NEW: I'm scared
[7/7/18, 11:57:34 AM] Sarah goolden NEW NEW NEW: I'm going to leave the ring
[7/7/18, 11:58:38 AM] Alexandra Wu: Babe take a deep breath
[7/7/18, 11:58:53 AM] Sarah goolden NEW NEW NEW: I literally cried
[7/7/18, 11:58:58 AM] Alexandra Wu: Oh no
[7/7/18, 11:59:03 AM] Sarah goolden NEW NEW NEW: And told him to stop
[7/7/18, 11:59:08 AM] Alexandra Wu: Ok well that means it can't happen babe
[7/7/18, 11:59:17 AM] Sarah goolden NEW NEW NEW: And I was so scared e was trying to get my pregnant
[7/7/18, 11:59:33 AM] Sarah goolden NEW NEW NEW: Bc he's that crazy
[7/7/18, 12:00:11 PM] Alexandra Wu: Oh shit
[7/8/18, 12:18:12 PM] Alexandra Wu: Babe what's up?
[7/8/18, 12:18:32 PM] Alexandra Wu: Let me know what's going on ? Are you leaving today with everyone?
```

```
[7/8/18, 12:55:58 PM] Sarah goolden NEW NEW NEW: Hey babe
[7/8/18, 12:56:04 PM] Sarah goolden NEW NEW NEW: I'm staying another night
[7/8/18, 12:56:06 PM] Sarah goolden NEW NEW NEW: Leaving tomorrow
[7/8/18, 12:56:12 PM] Sarah goolden NEW NEW NEW: Going to try and calm him down a bit
[7/8/18, 12:56:41 PM] Alexandra Wu: I'm here if you need anything
[7/8/18, 12:56:48 PM] Sarah goolden NEW NEW NEW: Thank you!!!
[7/8/18, 12:56:56 PM] Alexandra Wu: Please call and I'll come or if you want someone to come with you or anything
[7/8/18, 12:56:58 PM] Alexandra Wu: I feel so bad
[7/8/18, 12:57:03 PM] Alexandra Wu: Are you feeling ok??
[7/8/18, 12:57:13 PM] Sarah goolden NEW NEW NEW: I shouldn't have said yes
[7/8/18, 12:57:25 PM] Sarah goolden NEW NEW NEW: I was just not thinking at all and very drunk
[7/8/18, 12:57:36 PM] Sarah goolden NEW NEW NEW: And I definitely can't handle it
[7/8/18, 12:58:20 PM] Alexandra Wu: It's not all your fault he was also was very impulsive as well
[7/8/18, 2:11:48 PM] Alexandra Wu: Is he super pissed still?
[7/8/18, 3:24:12 PM] Sarah goolden NEW NEW NEW: He thinks we're going to work it out
[7/8/18, 3:24:15 PM] Sarah goolden NEW NEW NEW: This is so stressful
[7/8/18, 3:24:19 PM] Sarah goolden NEW NEW NEW: I'm just being chill
[7/8/18, 3:24:25 PM] Sarah goolden NEW NEW NEW: But can't wait to leave
[7/31/18, 9:44:17 PM] Sarah goolden NEW NEW NEW: Hi babe
[8/1/18, 9:43:02 PM] Alexandra Wu: Looking for you!
[8/1/18, 10:36:39 PM] Alexandra Wu: Lol
[8/1/18, 10:36:44 PM] Alexandra Wu: Is she in the car with you
[8/1/18, 10:36:49 PM] Sarah goolden NEW NEW NEW: He's
[8/1/18, 10:36:51 PM] Sarah goolden NEW NEW NEW: Yes*
[8/1/18, 10:36:54 PM] Sarah goolden NEW NEW NEW: Hahahahaha
[8/1/18, 10:36:58 PM] Sarah goolden NEW NEW NEW: Most awkward car ever Hahahahahahaha
[8/1/18, 10:37:01 PM] Alexandra Wu: Hahaha what is she doing?
[8/1/18, 10:37:08 PM] Alexandra Wu: Is she speaking Spanish again?
[8/1/18, 10:37:17 PM] Sarah goolden NEW NEW NEW: Hahahahaha no
[8/1/18, 10:37:18 PM] Alexandra Wu: Tell her to not be annoying
[8/1/18, 10:37:28 PM] Sarah goolden NEW NEW NEW: Just keeps asking where we are and where we're going 😂
[8/1/18, 10:37:31 PM] Sarah goolden NEW NEW NEW: Hahahahahaha
[8/1/18, 10:37:35 PM] Alexandra Wu: Omg so annoying
[8/1/18, 10:37:45 PM] Sarah goolden NEW NEW NEW: Hahahahahahaha
[8/1/18, 10:37:51 PM] Alexandra Wu: It's so embarrassing
[8/1/18, 10:38:01 PM] Sarah goolden NEW NEW NEW: No she's not that bad
[8/1/18, 10:39:53 PM] Sarah goolden NEW NEW NEW: So funny she tried to use the charger
[8/1/18, 10:40:07 PM] Sarah goolden NEW NEW NEW: And  vip kimmy almost
```