UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

SARAH GOOLDEN,

                Plaintiff,

-against-

HAMED WARDAK,

                Defendant.

-----------------------------------------------------------------X

Case No. 19-CV-6257(ALC)(VF)

**APPEARANCE OF COUNSEL**

TO:    The Clerk of Court and all parties of record

I am admitted to practice in this court, and I appear in this case as counsel for Plaintiff Sarah Goolden.

Dated: March 22, 2024

                s/ John Aaron Stark
                John Aaron Stark, Esq.
                C.A. GOLDBERG PLLC 16 Court Street, 33rd Floor
                Brooklyn, NY 11241
                Tel. (646) 666-8908
                aaron@cagoldberglaw.com

cc:    By ECF
        *All Parties of Record*