UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SARAH GOOLDEN,

                          Plaintiff,                                19-CV-6257 (ALC) (VF)

          -against-                                      **ORDER**

HAMED WARDAK,

                          Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The Parties are directed to provide the Court a copy of the "Video Recording" referenced in Exhibit Q of ECF No. 201. The Court must review the recording at issue in the Sanctions Motion. See ECF No. 199. The Parties are directed to **submit the recording to the Court by Monday, May 6, 2024**.

       **SO ORDERED.**

DATED:     New York, New York
               April 29, 2024

                                                           _____
                                                             VALERIE FIGUEREDO
                                                              United States Magistrate Judge