UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH GOOLDEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HAMED WARDAK,<br><br>　　　　　Defendant.<br><br>HAMED WARDAK,<br><br>　　　　　Counterclaim-Plaintiff,<br><br>　v.<br><br>SARAH GOOLDEN,<br><br>　　　　　Counterclaim-Defendant. | Index No. 19-cv-06257-ALC-VF<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

To:　The clerk of this court and all parties of record:

**PLEASE TAKE NOTICE** that undersigned counsel, Aurore DeCarlo, of the law firm Incendii Law PLLC, duly admitted to practice in New York and before the United States District Court for the Southern District of New York, is hereby entering an appearance as counsel for Plaintiff, Counterclaim-Defendant Sarah Goolden in the above-captioned action.

Incendii Law PLLC requests that copies of all papers to be served upon Ms. Goolden, including all pleadings, notices and filings in this action, be provided to the office below.

Dated: August 13, 2024
      Brooklyn New York

                                      Incendii Law PLLC

BY: *Aurore DeCarlo*
Aurore DeCarlo
175 Pearl Street, Ste 6217
Brooklyn, New York 11201
Tel: (646) 722-8655
Email: aurore@incendiilaw.com
*Attorney for Plaintiff, Counter-Claim Defendant Sarah Goolden*