**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SARAH GOOLDEN,<br><br>                              *Plaintiff*,<br>     -against-<br><br>HAMED WARDAK,<br><br>                              *Defendants*. | 1:19-CV-06257 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

   The parties are ordered to file a joint status report by **August 30, 2024**.

**SO ORDERED.**

**Dated: August 16, 2024**
        **New York, NY**                                     **ANDREW L. CARTER, JR.**
                                                             **United States District Judge**

1