**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SARAH GOOLDEN

                                  Plaintiff,           **19-CV-6257 (ALC) (VF)**

         -against-                              **ORDER**

HAMED WARDAK,

                                Defendant.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to submit a joint letter by **Friday, October 18, 2024**, updating the court as to the status of discovery and confirming whether Defendant's deposition has been completed.

      **SO ORDERED.**

DATED:    New York, New York
                October 9, 2024

                                                             _____
                                                             VALERIE FIGUEREDO
                                                             United States Magistrate Judge