**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SARAH GOOLDEN

                                              Plaintiff,                **19-CV-6257 (ALC) (VF)**

                   -against-                       **ORDER RESCHEDULING**
                                                                              **CONFERENCE**

HAMED WARDAK,

                                             Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The conference scheduled for Tuesday, December 10, 2024 at 2:30 p.m., has been rescheduled to **Tuesday, December 10, 2024 at 11:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's Teams conference line at the scheduled time.  **Please dial (646) 453-4442; conference ID [238 565 664#].**

      The parties are directed to submit a joint letter outlining the dispute and each side's position by **December 5, 2024.**

      **SO ORDERED.**

DATED:    New York, New York
               November 8, 2024

                                                                        VALERIE FIGUEREDO
                                                                       United States Magistrate Judge