

195 Plymouth Street | Suite 4/3
BK NY 11201 | 646-722-8655
Aurore DeCarlo, Founding Partner
aurore@incendiilaw.com

November 25, 2024

**BY ECF**

Hon. Valerie Figuerado
United State Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**Re: Sarah Goolden v. Hamed Wardak, 1:19 CV 06257 (ALC/VF)**

Dear Judge Figuerado:

We represent Plaintiff Sarah Goolden and submit this letter in response to Defendant Hamed Wardak's letter request for an extension of the time period to complete Defendant's deposition.

As the court is aware, we have been seeking to depose Defendant since service of a Notice of Deposition in June 2024. Throughout the ensuing months we have made many attempts to schedule Defendant's deposition. Defendant's counsel has evaded and/or delayed in scheduling Defendant's deposition, only to declare in October that they would not agree to schedule a deposition until a dispute over attorneys fees was resolved (See, Joint Letter dated October 18, 2024, Dkt. No. 214). On October 31, 2024, this court issued a memo endorsement ordering Defendant to sit for a deposition on or before December 6, 2024 (Dkt. No. 218).

In attempts to schedule Defendant's deposition since, we have advised Defendant's counsel that we could depose Defendant on any date prior to December 6th, including any week in November, which would presumably give Defendant plenty of time to study for his December 9th final exam[1]. During these conversations Defendant insisted that the deposition be held no sooner than January 2025. Defendant's counsel advised that Defendant and his counsel would be unavailable the weeks subsequent to Defendant's December 9th exam.

As we represented to Defendant's counsel, we are <u>not available</u> to conduct Defendant's deposition between December 19th and January 2nd. If the court is inclined to grant Defendant's request for an extension, we would ask that the court schedule it for any day between December 11th and 18th.

Respectfully,

_____
Aurore C. DeCarlo                                                                cc: All counsel (by ECF)

---

[1] The only Stanford University course cited by Defendant in his letter request, "Computer Organization & Systems" is an online course with a final exam scheduled for December 9th. (https://web.stanford.edu/class/cs107l)