**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SARAH GOOLDEN

                                        Plaintiff,           **19-CV-6257 (ALC) (VF)**

          -against-                              **ORDER RESCHEDULING**
                                                                                 **CONFERENCE**

HAMED WARDAK,

                                        Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The conference scheduled for Tuesday, December 10, 2024 is rescheduled to **Monday, December 16, 2024 at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's Teams conference line at the scheduled time. **Please dial (646) 453-4442; conference ID [216 006 919#].**

       **SO ORDERED.**

DATED:     New York, New York
                December 10, 2024

                                                                 _____
                                                                 VALERIE FIGUEREDO
                                                                 United States Magistrate Judge