UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SARAH GOOLDEN

                            Plaintiff,           **19-CV-6257 (ALC) (VF)**

        -against-                    **ORDER RESCHEDULING
CONFERENCE**

HAMED WARDAK,

                            Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The conference scheduled for December 16, 2024 is rescheduled for **Wednesday, January 29, 2025 at 10 a.m.** Counsel for the parties are directed to call Judge Figueredo's Teams conference line at the scheduled time. **Please dial (646) 453-4442; conference ID [199 172 813#].** The Clerk of Court is directed to terminate the motion at ECF No. 230.

       SO ORDERED.

DATED:    New York, New York
                December 11, 2024

                                                  _____
                                                  VALERIE FIGUEREDO
                                                  United States Magistrate Judge