**EXHIBIT D**

| Date | User | Billable | Rate | Total |
|---|---|---|---|---|
| 8/10/2022 | Benjamin Allee | 1.8 | 650.00 | 1,170.00 |
| 8/17/2022 | Diamond Dorn | 0.7 | 295.00 | 206.50 |
| | | | | |
| | **Total** | **2.5** | | **1,376.50** |

| Date | User | Billable | Rate | Total |
|---|---|---|---|---|
| 9/2/2022 | Benjamin Allee | 1.0 | 650.00 | 650.00 |
| 9/6/2022 | Benjamin Allee | 0.1 | 650.00 | 65.00 |
| 9/12/2022 | Benjamin Allee | 1.8 | 650.00 | 1,170.00 |
| 9/13/2022 | Benjamin Allee | 5.6 | 650.00 | 3,640.00 |
| 9/13/2022 | Alicia Tallbe | 0.3 | 650.00 | 195.00 |
| 9/13/2022 | Connor Hilbie | 2.2 | 350.00 | 770.00 |
| 9/14/2022 | Benjamin Allee | 2.3 | 650.00 | 1,495.00 |
| 9/19/2022 | Alicia Tallbe | 0.1 | 650.00 | 65.00 |
| 9/19/2022 | Connor Hilbie | 0.1 | 350.00 | 35.00 |
| 9/20/2022 | Benjamin Allee | 0.1 | 650.00 | 65.00 |
| 9/20/2022 | Connor Hilbie | 2.9 | 350.00 | 1,015.00 |
| 9/21/2022 | Benjamin Allee | 0.8 | 650.00 | 520.00 |
| 9/22/2022 | Benjamin Allee | 0.1 | 650.00 | 65.00 |
| 9/26/2022 | Benjamin Allee | 3.6 | 650.00 | 2,340.00 |
| 9/27/2022 | Diamond Dorn | 0.2 | 295.00 | 59.00 |
| 9/27/2022 | Benjamin Allee | 2.3 | 650.00 | 1,495.00 |
| 9/28/2022 | Diamond Dorn | 0.2 | 295.00 | - |
| 9/28/2022 | Benjamin Allee | 3.3 | 650.00 | 2,145.00 |
| 9/30/2022 | Benjamin Allee | 1.9 | 650.00 | 1,235.00 |
| 9/30/2022 | Russell Yankwitt | 0.2 | 750.00 | 150.00 |
| | | | | |
| | **Total** | **29.1** | | **17,174.00** |

2

| Date | User | Billable | Rate | Total |
|---|---|---|---|---|
| 10/2/2022 | Russell Yankwitt | 0.1 | 750.00 | 75.00 |
| 10/6/2022 | Benjamin Allee | 3.8 | 650.00 | 2,470.00 |
| 10/7/2022 | Benjamin Allee | 3.0 | 650.00 | 1,950.00 |
| 10/7/2022 | Diamond Dorn | 0.1 | 295.00 | 29.50 |
| 10/9/2022 | Russell Yankwitt | 0.1 | 750.00 | 75.00 |
| 10/14/2022 | Benjamin Allee | 0.5 | 650.00 | 325.00 |
| 10/16/2022 | Russell Yankwitt | 0.1 | 750.00 | 75.00 |
| 10/20/2022 | Benjamin Allee | 0.1 | 650.00 | 65.00 |
| 10/21/2022 | Benjamin Allee | 0.1 | 650.00 | 65.00 |
| 10/24/2022 | Russell Yankwitt | 0.1 | 750.00 | - |
| 10/24/2022 | Benjamin Allee | 0.1 | 650.00 | 65.00 |
| 10/25/2022 | Benjamin Allee | 0.4 | 650.00 | 260.00 |
| 10/30/2022 | Russell Yankwitt | 0.1 | 750.00 | 75.00 |
| 10/30/2022 | Benjamin Allee | 0.8 | 650.00 | 520.00 |
| | | | | |
| | **Total** | **9.4** | | **6,049.50** |

3

| Date | User | Billable | Rate | Total |
|---|---|---:|---:|---:|
| 11/2/2022 | Connor Hilbie | 0.5 | 350.00 | 175.00 |
| 11/2/2022 | Benjamin Allee | 2.3 | 750.00 | 1,725.00 |
| 11/2/2022 | Diamond Dorn | 0.2 | 295.00 | 59.00 |
| 11/3/2022 | Benjamin Allee | 1.8 | 750.00 | 1,350.00 |
| 11/4/2022 | Diamond Dorn | 2.7 | 295.00 | 796.50 |
| 11/7/2022 | Diamond Dorn | 0.6 | 295.00 | 177.00 |
| 11/7/2022 | Connor Hilbie | 0.1 | 350.00 | 35.00 |
| 11/7/2022 | Dina Hamerman | 0.1 | 725.00 | 72.50 |
| 11/8/2022 | Benjamin Allee | 0.2 | 750.00 | 150.00 |
| 11/8/2022 | Connor Hilbie | 0.2 | 350.00 | 70.00 |
| 11/11/2022 | Russell Yankwitt | 0.1 | 750.00 | 75.00 |
| 11/14/2022 | Dina Hamerman | 0.1 | 725.00 | 72.50 |
| 11/15/2022 | Benjamin Allee | 0.5 | 750.00 | 375.00 |
| 11/15/2022 | Diamond Dorn | 0.6 | 295.00 | 177.00 |
| 11/21/2022 | Dina Hamerman | 0.1 | 725.00 | 72.50 |
| 11/23/2022 | Diamond Dorn | 1.0 | 295.00 | 295.00 |
| 11/29/2022 | Connor Hilbie | 2.3 | 350.00 | 805.00 |
| 11/30/2022 | Connor Hilbie | 0.3 | 350.00 | 105.00 |
| 11/30/2022 | Connor Hilbie | 0.5 | 350.00 | 175.00 |
| 11/30/2022 | Connor Hilbie | 0.3 | 350.00 | 105.00 |
| | | | | |
| | **Total** | **14.5** | | **6,867.00** |

4

| Date | User | Billable | Rate | Total |
|---|---|---:|---:|---:|
| 12/5/2022 | Alicia Tallbe | 0.2 | 700.00 | 140.00 |
| 12/5/2022 | Connor Hilbie | 0.2 | 350.00 | 70.00 |
| 12/8/2022 | Connor Hilbie | 0.3 | 350.00 | 105.00 |
| 12/9/2022 | Connor Hilbie | 0.2 | 350.00 | 70.00 |
| 12/9/2022 | Benjamin Allee | 0.2 | 750.00 | 150.00 |
| 12/12/2022 | Alicia Tallbe | 0.2 | 700.00 | 140.00 |
| 12/12/2022 | Benjamin Allee | 0.6 | 750.00 | 450.00 |
| 12/13/2022 | Benjamin Allee | 0.1 | 750.00 | 75.00 |
| 12/16/2022 | Connor Hilbie | 0.7 | 350.00 | 245.00 |
| 12/16/2022 | Benjamin Allee | 0.5 | 750.00 | 375.00 |
| 12/18/2022 | Russell Yankwitt | 0.1 | 750.00 | 75.00 |
| 12/19/2022 | Alicia Tallbe | 0.2 | 700.00 | 140.00 |
| 12/21/2022 | Benjamin Allee | 0.6 | 750.00 | 450.00 |
| 12/21/2022 | Connor Hilbie | 2.3 | 350.00 | 805.00 |
| 12/16/2022 | Tiffani Robinson | N/A | N/A | 3,000.00 |
| | | | | |
| | **Total** | **6.4** | | **6,290.00** |

| Date | User | Billable | Rate | Total |
|---|---|---|---|---|
| 1/3/2023 | Alicia Tallbe | 0.1 | 700.00 | 70.00 |
| 1/3/2023 | Benjamin Allee | 0.4 | 750.00 | 300.00 |
| 1/3/2023 | Connor Hilbie | 0.1 | 350.00 | 35.00 |
| 1/5/2023 | Russell Yankwitt | 0.1 | 750.00 | - |
| 1/6/2023 | Benjamin Allee | 0.4 | 750.00 | 300.00 |
| 1/16/2023 | Benjamin Allee | 0.1 | 750.00 | 75.00 |
| 1/17/2023 | Benjamin Allee | 2.0 | 750.00 | 1,500.00 |
| 1/17/2023 | Alicia Tallbe | 0.2 | 700.00 | 140.00 |
| 1/17/2023 | Shannon Fulmer | 0.1 | 295.00 | - |
| 1/18/2023 | Benjamin Allee | 1.2 | 750.00 | 900.00 |
| | | | | |
| | **Total** | **4.7** | | **3,320.00** |

| Date | User | Billable | Rate | Total |
|---|---|---|---|---|
| 2/6/2023 | Benjamin Allee | 0.1 | 750.00 | 75.00 |
| | | | | |
| | **Total** | **0.1** | | **75.00** |

| Date | User | Billable | Rate | Total |
|---|---|---|---|---|
| 2/22/2023 | Connor Hilbie | 0.2 | 350.00 | 70.00 |
| 2/22/2023 | Benjamin Allee | 1.0 | 750.00 | 750.00 |
| 2/22/2023 | Alicia Tallbe | 0.2 | 700.00 | 140.00 |
| 2/23/2023 | Connor Hilbie | 1.3 | 350.00 | 455.00 |
| 2/23/2023 | Benjamin Allee | 1.5 | 750.00 | 1,125.00 |
| 2/24/2023 | Connor Hilbie | 0.4 | 350.00 | 140.00 |
| 2/24/2023 | Benjamin Allee | 0.8 | 750.00 | 600.00 |
| 2/26/2023 | Russell Yankwitt | 0.1 | 750.00 | 75.00 |
| 2/27/2023 | Dina Hamerman | 0.1 | 725.00 | 72.50 |
| 2/27/2023 | Connor Hilbie | 0.3 | 350.00 | 105.00 |
| 2/27/2023 | Alicia Tallbe | 0.1 | 700.00 | 70.00 |
| | | | | |
| | **Total** | **6.0** | | **3,602.50** |

8

| Date | User | Billable | Rate | Total |
|---|---|---|---|---|
| 3/6/2023 | Alicia Tallbe | 0.2 | 700.00 | 140.00 |
| 3/6/2023 | Connor Hilbie | 0.2 | 350.00 | - |
| 3/7/2023 | Connor Hilbie | 0.2 | 350.00 | 70.00 |
| 3/8/2023 | Connor Hilbie | 0.3 | 350.00 | 105.00 |
| 3/8/2023 | Benjamin Allee | 0.1 | 750.00 | 75.00 |
| 3/13/2023 | Connor Hilbie | 0.1 | 350.00 | 35.00 |
| 3/13/2023 | Alicia Tallbe | 0.1 | 700.00 | 70.00 |
| 3/14/2023 | Russell Yankwitt | 0.1 | 750.00 | - |
| 3/15/2023 | Connor Hilbie | 0.9 | 350.00 | 315.00 |
| 3/15/2023 | Benjamin Allee | 0.3 | 750.00 | 225.00 |
| 3/16/2023 | Connor Hilbie | 1.1 | 350.00 | 385.00 |
| 3/16/2023 | Benjamin Allee | 1.7 | 750.00 | 1,275.00 |
| 3/17/2023 | Connor Hilbie | 0.4 | 350.00 | 140.00 |
| 3/17/2023 | Benjamin Allee | 0.5 | 750.00 | 375.00 |
| 3/19/2023 | Russell Yankwitt | 0.1 | 750.00 | 75.00 |
| 3/20/2023 | Alicia Tallbe | 0.1 | 700.00 | 70.00 |
| 3/20/2023 | Connor Hilbie | 0.1 | 350.00 | 35.00 |
| 3/20/2023 | Benjamin Allee | 0.1 | 750.00 | 75.00 |
| 3/23/2023 | Benjamin Allee | 0.2 | 750.00 | 150.00 |
| 3/23/2023 | Connor Hilbie | 0.5 | 350.00 | 175.00 |
| 3/26/2023 | Russell Yankwitt | 0.1 | 750.00 | 75.00 |
| 3/26/2023 | Russell Yankwitt | 0.1 | 750.00 | - |
| 3/27/2023 | Benjamin Allee | 0.5 | 750.00 | 375.00 |
| 3/27/2023 | Alicia Tallbe | 0.1 | 700.00 | 70.00 |
| 3/27/2023 | Connor Hilbie | 0.3 | 350.00 | 105.00 |
| 3/28/2023 | Diamond Dorn | 0.1 | 295.00 | 29.50 |
| 3/30/2023 | Benjamin Allee | 0.2 | 750.00 | 150.00 |
| 3/31/2023 | Connor Hilbie | 0.2 | 350.00 | 70.00 |
| 3/31/2023 | Tiffani Robinson | N/A | N/A | 1,467.00 |
| | | | | |
| | **Total** | **8.9** | | **6,131.50** |

| Date | User | Billable | Rate | Total |
|---|---|---|---|---|
| 4/3/2023 | Connor Hilbie | 0.2 | 350.00 | 70.00 |
| 4/3/2023 | Alicia Tallbe | 0.2 | 700.00 | 140.00 |
| 4/3/2023 | Russell Yankwitt | 0.1 | 750.00 | - |
| 4/3/2023 | Benjamin Allee | 0.1 | 750.00 | 75.00 |
| 4/10/2023 | Connor Hilbie | 1.8 | 350.00 | 630.00 |
| 4/10/2023 | Benjamin Allee | 0.2 | 750.00 | 150.00 |
| 4/10/2023 | Alicia Tallbe | 0.1 | 700.00 | 70.00 |
| 4/11/2023 | Connor Hilbie | 3.7 | 350.00 | 1,295.00 |
| 4/17/2023 | Alicia Tallbe | 0.1 | 700.00 | 70.00 |
| 4/17/2023 | Connor Hilbie | 0.1 | 350.00 | 35.00 |
| 4/18/2023 | Russell Yankwitt | 0.1 | 750.00 | - |
| 4/21/2023 | Connor Hilbie | 1.8 | 350.00 | 630.00 |
| 4/23/2023 | Russell Yankwitt | 0.1 | 750.00 | - |
| 4/24/2023 | Connor Hilbie | 0.5 | 350.00 | 175.00 |
| 4/24/2023 | Benjamin Allee | 0.2 | 750.00 | 150.00 |
| 4/24/2023 | Alicia Tallbe | 0.1 | 700.00 | 70.00 |
| 4/25/2023 | Connor Hilbie | 0.2 | 350.00 | 70.00 |
| 4/25/2023 | Benjamin Allee | 0.2 | 750.00 | 150.00 |
| 4/26/2023 | Connor Hilbie | 6.5 | 350.00 | 2,275.00 |
| 4/27/2023 | Connor Hilbie | 2.2 | 350.00 | 770.00 |
| 4/28/2023 | Connor Hilbie | 3.9 | 350.00 | 1,365.00 |
| 4/28/2023 | Benjamin Allee | 6.2 | 750.00 | 4,650.00 |
| 4/30/2023 | Russell Yankwitt | 0.1 | 750.00 | - |
| 4/14/2023 | Tiffani Robinson | N/A | N/A | 5,296.50 |
| | | | | |
| | **Total** | **28.7** | | **18,136.50** |

| Date | User | Billable | Rate | Total |
|---|---|---:|---:|---:|
| 5/1/2023 | Benjamin Allee | 6.8 | 750.00 | 5,100.00 |
| 5/1/2023 | Alicia Tallbe | 0.2 | 700.00 | 140.00 |
| 5/1/2023 | Shannon Fulmer | 0.1 | 295.00 | 29.50 |
| 5/1/2023 | Dina Hamerman | 0.1 | 725.00 | 72.50 |
| 5/1/2023 | Connor Hilbie | 5.6 | 350.00 | 1,960.00 |
| 5/2/2023 | Connor Hilbie | 0.4 | 350.00 | 140.00 |
| 5/3/2023 | Russell Yankwitt | 0.1 | 750.00 | - |
| 5/3/2023 | Benjamin Allee | 0.8 | 750.00 | 600.00 |
| 5/5/2023 | Benjamin Allee | 1.8 | 750.00 | 1,350.00 |
| 5/5/2023 | Connor Hilbie | 4.3 | 350.00 | 1,505.00 |
| 5/8/2023 | Connor Hilbie | 0.1 | 350.00 | 35.00 |
| 5/8/2023 | Alicia Tallbe | 0.1 | 700.00 | 70.00 |
| 5/14/2023 | Russell Yankwitt | 0.1 | 750.00 | - |
| 5/15/2023 | Connor Hilbie | 0.1 | 350.00 | 35.00 |
| 5/15/2023 | Alicia Tallbe | 0.1 | 700.00 | 70.00 |
| 5/21/2023 | Russell Yankwitt | 0.1 | 750.00 | 75.00 |
| 5/22/2023 | Connor Hilbie | 0.7 | 350.00 | 245.00 |
| 5/22/2023 | Alicia Tallbe | 0.1 | 700.00 | 70.00 |
| 5/24/2023 | Connor Hilbie | 0.5 | 350.00 | 175.00 |
| 5/24/2023 | Benjamin Allee | 2.5 | 750.00 | 1,875.00 |
| 5/28/2023 | Connor Hilbie | 4.8 | 350.00 | 1,680.00 |
| 5/30/2023 | Dina Hamerman | 0.1 | 725.00 | 72.50 |
| 5/30/2023 | Dani Vincent | 0.6 | 295.00 | 177.00 |
| 5/30/2023 | Connor Hilbie | 2.6 | 350.00 | 910.00 |
| 5/30/2023 | Alicia Tallbe | 0.3 | 700.00 | 210.00 |
| 5/30/2023 | Benjamin Allee | 3.6 | 750.00 | 2,700.00 |
| 5/31/2023 | Dani Vincent | 5.5 | 295.00 | 1,622.50 |
| 5/31/2023 | Shannon Fulmer | 0.1 | 295.00 | 29.50 |
| 5/31/2023 | Benjamin Allee | 0.8 | 750.00 | 600.00 |
| | | | | |
| | **Total** | **43.0** | | **21,548.50** |

11

| Date | User | Billable | Rate | Total |
|---|---|---|---|---|
| 6/1/2023 | Connor Hilbie | 0.5 | 350.00 | 175.00 |
| 6/1/2023 | Benjamin Allee | 0.1 | 750.00 | 75.00 |
| 6/1/2023 | Dani Vincent | 3.5 | 295.00 | 1,032.50 |
| 6/5/2023 | Connor Hilbie | 0.4 | 350.00 | 140.00 |
| 6/5/2023 | Dani Vincent | 0.3 | 295.00 | 88.50 |
| 6/5/2023 | Alicia Tallbe | 0.2 | 700.00 | 140.00 |
| 6/6/2023 | Dani Vincent | 5.0 | 295.00 | 1,475.00 |
| 6/7/2023 | Dani Vincent | 4.0 | 295.00 | 1,180.00 |
| 6/8/2023 | Connor Hilbie | 0.6 | 350.00 | 210.00 |
| 6/8/2023 | Benjamin Allee | 0.1 | 750.00 | 75.00 |
| 6/9/2023 | Connor Hilbie | 0.6 | 350.00 | 210.00 |
| 6/9/2023 | Alicia Tallbe | 0.3 | 700.00 | 210.00 |
| 6/9/2023 | Benjamin Allee | 0.8 | 750.00 | 600.00 |
| 6/12/2023 | Alicia Tallbe | 0.1 | 700.00 | 70.00 |
| 6/12/2023 | Connor Hilbie | 0.1 | 350.00 | 35.00 |
| 6/16/2023 | Connor Hilbie | 1.1 | 350.00 | 385.00 |
| 6/20/2023 | Benjamin Allee | 0.2 | 750.00 | 150.00 |
| 6/20/2023 | Alicia Tallbe | 0.1 | 700.00 | 70.00 |
| 6/20/2023 | Connor Hilbie | 0.3 | 350.00 | 105.00 |
| 6/21/2023 | Tiffani Robinson | N/A | N/A | 337.75 |
| 6/23/2023 | Benjamin Allee | 0.1 | 750.00 | 75.00 |
| 6/26/2023 | Connor Hilbie | 3.0 | 350.00 | 1,050.00 |
| 6/26/2023 | Benjamin Allee | 1.2 | 750.00 | 900.00 |
| 6/26/2023 | Alicia Tallbe | 0.1 | 700.00 | 70.00 |
| 6/28/2023 | Connor Hilbie | 2.9 | 350.00 | 1,015.00 |
| 6/28/2023 | Benjamin Allee | 0.8 | 750.00 | 600.00 |
| 6/28/2023 | Tiffani Robinson | N/A | N/A | 188.55 |
| 6/29/2023 | Connor Hilbie | 0.3 | 350.00 | 105.00 |
| 6/29/2023 | Benjamin Allee | 0.2 | 750.00 | 150.00 |
| | | | | |
| | **Total** | **26.9** | | **10,917.30** |

| Date | User | Billable | Rate | Total |
|---:|---|---:|---:|---:|
| 7/5/2023 | Connor Hilbie | 0.1 | 350.00 | 35.00 |
| 7/5/2023 | Alicia Tallbe | 0.1 | 700.00 | 70.00 |
| 7/10/2023 | Alicia Tallbe | 0.1 | 700.00 | 70.00 |
| 7/10/2023 | Russell Yankwitt | 0.1 | 750.00 | 75.00 |
| 7/10/2023 | Connor Hilbie | 0.1 | 350.00 | 35.00 |
| 7/11/2023 | Benjamin Allee | 0.2 | 750.00 | 150.00 |
| 7/11/2023 | Connor Hilbie | 1.4 | 350.00 | 490.00 |
| 7/12/2023 | Benjamin Allee | 2.3 | 750.00 | 1,725.00 |
| 7/12/2023 | Connor Hilbie | 1.6 | 350.00 | 560.00 |
| 7/24/2023 | Benjamin Allee | 0.3 | 750.00 | 225.00 |
| 7/24/2023 | Alicia Tallbe | 0.1 | 700.00 | 70.00 |
| 7/24/2023 | Connor Hilbie | 0.1 | 350.00 | 35.00 |
| 7/26/2023 | Benjamin Allee | 0.4 | 750.00 | 300.00 |
| 7/27/2023 | Alicia Tallbe | 0.1 | 700.00 | 70.00 |
| 7/27/2023 | Madison Powers | 6.2 | 295.00 | 1,829.00 |
| 7/27/2023 | Connor Hilbie | 2.3 | 350.00 | 805.00 |
| 7/28/2023 | Benjamin Allee | 0.7 | 750.00 | 525.00 |
| 7/28/2023 | Connor Hilbie | 0.8 | 350.00 | 280.00 |
| 7/30/2023 | Russell Yankwitt | 0.1 | 750.00 | 75.00 |
| 7/31/2023 | Benjamin Allee | 3.5 | 750.00 | 2,625.00 |
| 7/31/2023 | Alicia Tallbe | 0.1 | 700.00 | 70.00 |
| 7/31/2023 | Connor Hilbie | 2.7 | 350.00 | 945.00 |
| | | | | |
| | **Total** | **23.4** | | **11,064.00** |

13

| Date | User | Billable | Rate | Total |
|---|---|---|---|---|
| 8/2/2023 | Benjamin Allee | 0.1 | 750.00 | 75.00 |
| 8/7/2023 | Alicia Tallbe | 0.1 | 700.00 | 70.00 |
| 8/9/2023 | Stephen Krasner | 0.1 | 295.00 | 29.50 |
| 8/10/2023 | Connor Hilbie | 0.9 | 350.00 | 315.00 |
| 8/14/2023 | Connor Hilbie | 1.5 | 350.00 | 525.00 |
| 8/14/2023 | Alicia Tallbe | 0.1 | 700.00 | 70.00 |
| 8/15/2023 | Connor Hilbie | 1.4 | 350.00 | 490.00 |
| 8/16/2023 | Connor Hilbie | 1.4 | 350.00 | 490.00 |
| 8/21/2023 | Alicia Tallbe | 0.1 | 700.00 | 70.00 |
| 8/21/2023 | Connor Hilbie | 0.1 | 350.00 | 35.00 |
| 8/22/2023 | Benjamin Allee | 1.8 | 750.00 | 1,350.00 |
| 8/31/2023 | Benjamin Allee | 1.5 | 750.00 | 1,125.00 |
| 8/31/2023 | Connor Hilbie | 0.8 | 350.00 | 280.00 |
| | | | | |
| **Total** | | **9.9** | | **4,924.50** |

| Date | User | Billable | Rate | Total |
|---|---|---|---|---|
| 9/5/2023 | Alicia Tallbe | 0.2 | 700.00 | 140.00 |
| 9/5/2023 | Connor Hilbie | 0.2 | 350.00 | 70.00 |
| 9/11/2023 | Connor Hilbie | 0.2 | 350.00 | 70.00 |
| 9/14/2023 | Benjamin Allee | 2.7 | 750.00 | 2,025.00 |
| 9/14/2023 | Connor Hilbie | 2.1 | 350.00 | 735.00 |
| 9/15/2023 | Connor Hilbie | 0.8 | 350.00 | 280.00 |
| 9/17/2023 | Russell Yankwitt | 0.2 | 750.00 | 150.00 |
| 9/18/2023 | Benjamin Allee | 3.0 | 750.00 | 2,250.00 |
| 9/18/2023 | Connor Hilbie | 1.3 | 350.00 | 455.00 |
| 9/18/2023 | Stephen Krasner | 0.3 | 295.00 | 88.50 |
| 9/18/2023 | Alicia Tallbe | 0.2 | 700.00 | 140.00 |
| 9/19/2023 | Benjamin Allee | 0.2 | 750.00 | 150.00 |
| 9/19/2023 | Alicia Tallbe | 0.3 | 700.00 | 210.00 |
| 9/21/2023 | Connor Hilbie | 1.3 | 350.00 | 455.00 |
| 9/25/2023 | Connor Hilbie | 1.4 | 350.00 | 490.00 |
| 9/26/2023 | Alicia Tallbe | 0.1 | 700.00 | 70.00 |
| 9/26/2023 | Connor Hilbie | 0.1 | 350.00 | 35.00 |
| 9/27/2023 | Benjamin Allee | 0.2 | 750.00 | 150.00 |
| | | | | |
| | **Total** | **14.8** | | **7,963.50** |

15

| Date | User | Billable | Rate | Total |
|---|---|---|---|---|
| 10/2/2023 | Alicia Tallbe | 0.1 | 700.00 | 70.00 |
| 10/2/2023 | Benjamin Allee | 0.8 | 750.00 | 600.00 |
| 10/2/2023 | Connor Hilbie | 0.1 | 350.00 | 35.00 |
| 10/9/2023 | Connor Hilbie | 1.9 | 350.00 | 665.00 |
| 10/10/2023 | Connor Hilbie | 6.7 | 350.00 | 2,345.00 |
| 10/10/2023 | Benjamin Allee | 0.2 | 750.00 | 150.00 |
| 10/11/2023 | Connor Hilbie | 8.4 | 350.00 | 2,940.00 |
| 10/12/2023 | Benjamin Allee | 4.5 | 750.00 | 3,375.00 |
| 10/13/2023 | Benjamin Allee | 1.3 | 750.00 | 975.00 |
| 10/16/2023 | Russell Yankwitt | 0.1 | 750.00 | - |
| 10/17/2023 | Benjamin Allee | 1.2 | 750.00 | 900.00 |
| 10/18/2023 | Benjamin Allee | 6.0 | 750.00 | 4,500.00 |
| 10/19/2023 | Benjamin Allee | 4.5 | 750.00 | 3,375.00 |
| 10/19/2023 | Connor Hilbie | 7.5 | 350.00 | 2,625.00 |
| 10/23/2023 | Connor Hilbie | 0.2 | 350.00 | 70.00 |
| 10/23/2023 | Alicia Tallbe | 0.2 | 700.00 | 140.00 |
| 10/30/2023 | Alicia Tallbe | 0.1 | 700.00 | - |
| 10/30/2023 | Dina Hamerman | 0.1 | 725.00 | - |
| | | | | |
| | **Total** | **43.9** | | **22,765.00** |

| Date | User | Billable | Rate | Total |
|---|---|---|---|---|
| 11/26/2023 | Alicia Tallbe | 0.1 | 700.00 | 70.00 |
| 11/27/2023 | Alicia Tallbe | 0.1 | 700.00 | 70.00 |
| 11/27/2023 | Connor Hilbie | 0.1 | 350.00 | 35.00 |
| 11/30/2023 | Connor Hilbie | 0.8 | 350.00 | 280.00 |
| | | | | |
| | **Total** | **1.1** | | **455.00** |

| Date | User | Billable | Rate | Total |
|---|---|---|---|---|
| 12/1/2023 | Stephen Krasner | 0.1 | 295.00 | 29.50 |
| 12/1/2023 | Connor Hilbie | 2.1 | 350.00 | 735.00 |
| 12/3/2023 | Alicia Tallbe | 0.1 | 700.00 | 70.00 |
| 12/4/2023 | Alicia Tallbe | 0.1 | 700.00 | 70.00 |
| 12/4/2023 | Benjamin Allee | 1.0 | 750.00 | 750.00 |
| 12/4/2023 | Connor Hilbie | 3.1 | 350.00 | 1,085.00 |
| 12/7/2023 | Connor Hilbie | 6.1 | 350.00 | 2,135.00 |
| 12/8/2023 | Connor Hilbie | 4.3 | 350.00 | 1,505.00 |
| 12/9/2023 | Connor Hilbie | 6.6 | 350.00 | 2,310.00 |
| 12/10/2023 | Alicia Tallbe | 0.1 | 700.00 | 70.00 |
| 12/10/2023 | Connor Hilbie | 3.0 | 350.00 | 1,050.00 |
| 12/11/2023 | Benjamin Allee | 1.3 | 750.00 | 975.00 |
| 12/12/2023 | Alicia Tallbe | 0.2 | 700.00 | 140.00 |
| 12/12/2023 | Benjamin Allee | 2.5 | 750.00 | 1,875.00 |
| 12/13/2023 | Benjamin Allee | 2.8 | 750.00 | 2,100.00 |
| 12/14/2023 | Benjamin Allee | 1.1 | 750.00 | 825.00 |
| 12/14/2023 | Stephen Krasner | 0.6 | 295.00 | 177.00 |
| 12/14/2023 | Connor Hilbie | 3.8 | 350.00 | 1,330.00 |
| 12/30/2023 | Russell Yankwitt | 0.1 | 750.00 | - |
| | | | | |
| | **Total** | **39.0** | | **17,231.50** |

18

| Date | total (hrs) | Rhett Milsaps | Priya Chaudhry | Seth Zuckerman | Camille Garcia |
|---|---|---|---|---|---|
| 6/27/2022 | 8.8 | 8.8 | 0 | 0 | 0 |
| 6/28/2022 | 10.4 | 7.9 | 1.75 | 0.5 | 0.25 |
| 6/29/2022 | 0.5 | 0.5 | 0 | 0 | 0 |
| Total (hrs) | **19.7** | 17.2 | 1.75 | 0.5 | 0.25 |
|  | Hourly Rate | $450 | $1,200 | $750 | $250 |
|  |  |  |  |  |  |
|  | Total= | $ 7,740.00 | $ 2,100.00 | $ 375.00 | $ 62.50 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  | Grand Total= | **$ 10,277.50** |  |  |