UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____     19-CV-6257 (ALC)(VF)

SARAH GOOLDEN,

        Plaintiff,                    NOTICE OF MOTION

v.

HAMED WARDAK,

        Defendant.
_____

HAMED WARDAK,

        Counterclaim-Plaintiff

v.

SARAH GOOLDEN,

        Counterclaim-Defendant.
_____

**PLEASE TAKE NOTICE THAT,** upon the accompanying Declaration of Aurore C. DeCarlo dated March 7, 2025, the Declaration of Sarah Goolden dated March 7, 2025, and upon all papers and proceedings herein, Incendii Law PLLC and Aurore DeCarlo hereby move this Court, before the Honorable Valerie Figuerado, Magistrate Judge at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York 10007, for an order, pursuant to Local Civil Rule 1.4, relieving Incendii Law PLLC and Aurore C. DeCarlo as counsel for Plaintiff/Counterclaim-Defendant Sarah Goolden.

Dated:  Brooklyn, New York
          March 7, 2025

                        INCENDII LAW PLLC

             By:    */s/ Aurore C. DeCarlo*
                    Aurore C. DeCarlo
                    195 Plymouth Street, Suite 4.3
                    Brooklyn NY 11201
                    Tel. (646) 722-8655
                    Email: aurore@incendiilaw.com

To: *All Parties and Attorneys of Record via ECF*