UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____   19-CV-6257 (ALC)(VF)

SARAH GOOLDEN,

        Plaintiff,  **Aurore DeCarlo Declaration in Support of**

v.  **Motion to Withdraw**

HAMED WARDAK,

        Defendant.
_____

HAMED WARDAK,

        Counterclaim-Plaintiff

v.

SARAH GOOLDEN,

        Counterclaim-Defendant.
_____

Aurore DeCarlo, an attorney duly admitted to practice law in this Court, hereby declares under penalty of perjury that the following is true and correct:

1. I submit this Declaration in Support of Incendii Law PLLC's motion to be relieved as counsel for Plaintiff/Counterclaim-Defendant Sarah Goolden.

2. Incendii Law PLLC was retained by Plaintiff/Counterclaim-Defendant Sarah Goolden as co-counsel for the limited purpose of conducting Defendant/Counterclaim-Plaintiff Hamed Wardak's deposition.

3. As Mr. Wardak's deposition has been completed the retainer with Ms. Goolden has concluded and our firm's services are no longer needed.

4. Ms Goolden has consented to the withdrawal.

5. Ms. Goolden continues to be represented by C.A. Goldberg PLLC as her lead attorneys on this matter therefore no stay is required.

6. Our firm has not and does not intend to assert any charging or retaining lien on this matter.

Executed on this 7th day of March 2025

/s/ *Aurore C. DeCarlo*<br>
Aurore DeCarlo