**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SARAH GOOLDEN

                              Plaintiff,                   **19-CV-6257 (ALC) (VF)**

        -against-                                   **ORDER**

HAMED WARDAK,

                              Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A telephone conference is hereby scheduled for **Thursday, April 10, 2025 at 3:00 p.m.** to address Plaintiff's counsel's motion to withdraw at ECF No. 240. Plaintiff Sarah Goolden is directed to attend the telephone conference along with counsel. Plaintiff and Plaintiff's counsel are directed to submit the retainer agreement for *in camera* review to Judge Figueredo's Chambers email address, FigueredoNYSDChambers@nysd.uscourts.gov, by **Thursday, April 3, 2025**.

      To access the telephone conference, please dial Judge Figueredo's conference line at the scheduled time: (646) 453-4442; passcode: [75949812#].

      **SO ORDERED.**

DATED:    New York, New York
               March 17, 2025

                                                                 VALERIE FIGUEREDO
                                                                United States Magistrate Judge