**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SARAH GOOLDEN

                      Plaintiff,              **19-CV-6257 (ALC) (VF)**

      -against-                             **ORDER**

HAMED WARDAK,

                    Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The telephone conference scheduled for April 10, 2025 is hereby rescheduled to **Monday, April 7, 2025 at 10:00 a.m.** To access the telephone conference, please dial Judge Figueredo's conference line at the scheduled time: (646) 453-4442; passcode: [75949812#].

      **SO ORDERED.**

DATED:    New York, New York
               April 2, 2025

                                                      _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge