UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SARAH GOOLDEN

                                         Plaintiff,                           **19-CV-6257 (ALC) (VF)**

           -against-                                          **ORDER**

HAMED WARDAK,

                                         Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On March 7, 2025, Plaintiff's counsel submitted a motion to withdraw as Plaintiff's attorney. See ECF No. 240. Plaintiff opposed the motion on March 12, 2025. See ECF No. 243. Under the Court's Local Rules, an attorney seeking to withdraw as counsel must submit an affidavit indicating "satisfactory reasons for withdrawal" and stating "whether or not the attorney is asserting a retaining or charging lien." See Local Civil Rule 1.4(b) Counsel's affidavits (see ECF Nos. 240-1, 246) do not indicate whether counsel is asserting a retaining or charging lien. By **Friday, April 11, 2025**, counsel is directed to submit an affidavit indicating "whether or not [she] is asserting a retaining or charging lien" if the motion to withdraw is granted. Local Civil Rule 1.4(b).

      **SO ORDERED.**

DATED:    New York, New York
                April 7, 2025

                                                                _____
                                                                VALERIE FIGUEREDO
                                                                United States Magistrate Judge