UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SARAH GOOLDEN

                              Plaintiff,                  **19-CV-6257 (ALC) (VF)**

          -against-                              **ORDER**

HAMED WARDAK,

                              Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

Defendant is directed to respond to Plaintiff's motion at ECF No. 260 by **August 28, 2025**.

    **SO ORDERED.**

DATED:    New York, New York
                 August 14, 2025

                                                            _____
                                                            VALERIE FIGUEREDO
                                                             United States Magistrate Judge