UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SARAH GOOLDEN

                                  Plaintiff,                      **19-CV-6257 (ALC) (VF)**

          -against-                                       **ORDER**

HAMED WARDAK,

                                Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Plaintiff is directed to file a response to Defendant's motion for attorney's fees at ECF No. 236 by **October 6, 2025**. Defendant's reply, if any, is due by **October 20, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
                September 5, 2025

                                                                          _____
                                                                           VALERIE FIGUEREDO
                                                                           United States Magistrate Judge