UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH GOOLDEN,<br><br>Plaintiff, Counterclaim-Defendant,<br><br>-against-<br><br>HAMED WARDAK,<br><br>Defendant, Counterclaim-Plaintiff. | **19-CV-6257 (ALC) (VF)**<br><br>**STIPULATION** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned that:

1. The parties agree that Plaintiff shall withdraw its currently-filed Memorandum of Law in Opposition and exhibits in support thereof (Dkt. No. 267).

2. Defendant shall withdraw its currently-filed Reply in Support (Dkt. No. 268).

3. Plaintiff shall re-file a new Memorandum of Law and exhibits in support thereof on or before October 27, 2025.

4. Defendant shall re-file a new Reply in Support on or before November 26, 2025.

5. This stipulation may be executed in counterparts and when taken together shall constitute one original document, and any signatures transmitted via facsimile or other electronic means may be deemed an original.

Dated: Brooklyn, New York
         October 23, 2025

| | |
|---|---|
| C.A. GOLDBERG, PLLC<br><br>_/s/ John Aaron Stark_<br>John Aaron Stark, Esq.<br>Outgoing Attorneys for Plaintiff<br>16 Court Street, 33rd Floor<br>Brooklyn, NY 11241<br>646.666.8908 | YANKWITT, LLP.<br><br>_/s/ Benjamin Allee_____<br>Benjamin Allee<br>Yankwitt LLP<br>140 Grand Street, Suite 705<br>White Plains, New York 10601<br>Tel. (914) 686-1500 |

**SO ORDERED:**

_____
Hon. Valerie Figueredo
United States Magistrate Judge