UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SARAH GOOLDEN,

                      Plaintiff,                    **19-CV-6257 (ALC) (VF)**

        -against-                                **ORDER**

HAMED WARDAK,

                      Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      For the reasons stated on the record today, Defendant is entitled to an award of attorney's fees in the amount of $66,580.

      The Court will wait for Defendant's submission regarding costs.

      The Clerk of the Court is respectfully directed to close the motion at ECF No. 236.

      **SO ORDERED.**

DATED:      New York, New York
                 February 2, 2026

                                                            VALERIE FIGUEREDO
                                                            United States Magistrate Judge