

140 Grand Street, Suite 705, White Plains, New York 10601 | White Plains, NY
t 914.686.1500 · f 914.487.5000 · www.yankwitt.com | Atlantic City, NJ

February 16, 2026

**By ECF**

Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:    **Sarah Goolden v. Hamed Wardak**
>         **1:19 Civ. 06257 (ALC) (VF)**

Dear Judge Figueredo:

We represent the defendant and counter-claimant, Hamed Wardak ("Defendant"), in the above-referenced action. Pursuant to this Court's oral ruling on Defendant's Motion for Attorneys' Fees (the "Motion"), we respectfully submit this letter to (i) provide documentation of the costs incurred in connection with plaintiff Sarah Goolden's (the "Plaintiff") deposition regarding the discovery violation, and (ii) request that the Court set deadlines for payment of the awarded fees and costs and for summary judgment briefing.

**Costs**

Attached hereto as Exhibit A are true and correct copies of invoices for Defendant's costs incurred in connection with Plaintiff's deposition regarding the discovery violation. The total costs billed to Defendant for Plaintiff's deposition were $1,052.55. Defendant paid 50% of these costs on June 21, 2023 and June 28, 2023. Defendant respectfully requests that the Court order Plaintiff to pay his costs in the amount of $526.28 in connection with Plaintiff's deposition. In addition, Defendant respectfully requests that the Court set a deadline of 30-45 days for Plaintiff to pay the awarded attorneys' fees and costs.

**Discovery**

Under the current scheduling order in this case, so ordered by Judge Oetken on January 29, 2021, (ECF No. 58), any summary judgment motion must be filed within fourteen days of the close of all discovery, which was ordered to be completed on April 14, 2025, (ECF No. 235). Since that time, Plaintiff's counsel filed a Motion to Withdraw which Your Honor denied on August 15, 2025, (ECF No. 263), and Defendants filed a Motion for Attorneys' Fees which Your Honor ruled on at the February 2, 2026 telephonic conference (ECF No. 283), causing this case to be stayed. In light of these intervening events, Defendant respectfully requests that the Court set a new fact discovery deadline, and a briefing schedule for Defendant's anticipated summary judgment motion.

Hon. Valerie Figueredo
February 16, 2026
Page 2 of 2



   We thank the Court for its consideration.

         Respectfully submitted,

         YANKWITT LLP

       By: _____
         Benjamin Allee

Cc:  All parties (by ECF)