**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SARAH GOOLDEN,

                    Plaintiff,                  **19-CV-6257 (ALC) (VF)**

     -against-                             **ORDER**

HAMED WARDAK,

                   Defendant.
-------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

On February 2, 2026, the Court awarded Defendant attorney's fees in the amount of $66,580 and noted that it would address costs upon submission by Defendant. ECF No. 283. On February 16, 2026, Defendant filed a letter requesting $526.28 in costs in connection with Plaintiff's deposition, as well as invoices in support of the costs. ECF No. 284. These costs are properly reimbursable and were incurred because Plaintiff's deposition had to be redone due to Plaintiff's untimely production.

Plaintiff is hereby ordered to pay Defendant $66,580 in attorney's fees and $526.28 in costs by **April 10, 2026**.

Defendant also requests a new fact discovery deadline. ECF No. 284. The deadline for the close of fact discovery is hereby extended to **March 24, 2026.**

       **SO ORDERED.**

DATED:    New York, New York
            February 24, 2026

                                    _____
                                    VALERIE FIGUEREDO
                                    United States Magistrate Judge