646.666.8908  |  16 COURT STREET, 33rd FLOOR  | BROOKLYN, NY 11241
CARRIE@CAGOLDBERGLAW.COM  |  WWW.CAGOLDBERGLAW.COM

April 9, 2026

**VIA ECF**

Hon. Valerie Figueredo
United States Court Magistrate
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Sarah Goolden v Hamed Wardak 19-CV-6257 (ALC)(VF)*

Dear Magistrate Figueredo:

This firm is counsel for Sarah Goolden, Plaintiff-Counterclaim-Defendant in the above-captioned matter.

We write to respectfully request that the Court defer Ms. Goolden's obligation to pay the court ordered attorneys fees and expenses (totaling $67,106.28) in the instant case which your Honor ordered due on April 10, 2026 (See ECF 283, 285).  My client has tried, to no avail, to come up with the funds. She simply cannot. (See Declaration of Sarah Goolden).

As Ms. Goolden states in the attached Declaration, she cannot pay this Order without it being a threat to the basic necessities of life for her and her young son. She affirms that her salary is ███████ per month and the amount due represents approximately ██ bi-weekly payments of her take-home pay.

As it stands, there are two pending cases between the parties – one in this court and another in Florida state court.  The Florida case, in which Mr. Wardak is prosecuting the recording that underlies the sanction motions, has concluded discovery and is approaching resolution. This case, too, is concluding discovery. A stay would allow the proceedings to proceed through the justice system.

On April 9, 2026, I sent an email to Mr. Wardak's counsel, Benjamin Allee, Esq., asking his client to agree to deferred payment. He did not agree. At my client's direction, I also conveyed an offer for Ms. Goolden to pay $250 per month. According to Ms. Goolden, this represents the maximum she can pay.

It is our understanding that Mr. Wardak is extraordinarily wealthy and will not be prejudiced by a delay in receiving these funds.

Ms. Goolden's inability to pay is not an act of defiance of the court's order. It is simply a reflection of her life circumstances, which have been negatively impacted by the assault underlying this very case.

646.666.8908 | 16 COURT STREET, 33rd FLOOR | BROOKLYN, NY 11241
CARRIE@CAGOLDBERGLAW.COM | WWW.CAGOLDBERGLAW.COM

We request your Honor defer payment until this matter is resolved as Ms. Goolden's claims are meritorious and a judgment against Mr. Wardak can be offset by the amount ordered by the Court.

Respectfully,

C.A. GOLDBERG, PLLC

*/s/ Carrie Goldberg*
Carrie Goldberg, Esq.
C.A. Goldberg, PLLC
16 Court Street, 33rd Floor
Brooklyn, NY 11241
carrie@cagoldberglaw.com
*Attorneys for Plaintiff*

Encl. Declaration of Sarah Goolden
Copy to: All counsel via ECF