UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SARAH GOOLDEN,

    Plaintiff, Counterclaim-Defendant

                                        **Declaration of Sarah Goolden**

                                        **19-CV-6257 (ALC) (VF)**

          -against-

HAMED WARDAK,

    Defendant, Counterclaim-Plaintiff
-------------------------------------------------------------x
SARAH GOOLDEN hereby declares under penalty of perjury that the following is true and

correct:

1. I am the Plaintiff and Counterclaim-Defendant in this case.

2. On February 24, 2026, Magistrate Valerie Figueredo ordered that I pay attorney's fees to Defendant Wardak in the amount of $66,580 and costs in the amount of $526.28 (See ECF 283, 285) due on April 10, 2026.

3. Since that Order I have tried to come up with the money and have not been able to.

4. I am a mother supporting my young child on a salary of ▮▮▮▮▮▮.

5. My take home pay is ▮▮▮▮▮▮ bi-weekly.

6. The sanctions amount of $67,106 represents approximately ▮ bi-weekly paychecks — more than ▮ months of my entire take home pay.

7. I have no additional income.

8. I have no liquid assets, savings, investments, or real estate. I have a retirement account with a balance of approximately ▮▮▮▮▮, however accessing these funds would require

early withdrawal penalties and income taxes that would substantially reduce their value, and even the full balance would not satisfy this obligation.

9. I have no friends of family able to loan me money.

10. I have a student loan balance of $107,970.40 on which I make monthly payments. Those payments are currently set under an income-based repayment plan which is subject to change, and my payments are expected to increase significantly in July 2026 based on new laws going into effect.

11. Given my existing student loan balance and my current salary, I do not believe I would qualify for additional credit sufficient to satisfy this obligation.

12. I am also incurring ongoing legal expenses in connection with separate litigation brought by Mr. Wardak in Florida state court because of the recovered recording that was central to the sanctions motion, further constraining my financial resources.

13. If I were to pay Mr. Wardak, I would not have money for food or other necessities.

14. Through my lawyer, I asked Mr. Wardak to defer payment. His lawyer said no.

15. I also had my lawyer offer a payment plan of $250/m, the maximum I can afford. This has not been accepted.

16. I am not able to pay Defendant at this time. I simply do not have the money.

17. I want this court to know I am not intentionally defying the Order of the Court.

18. My understanding is that Mr. Wardak is extraordinarily wealthy and will suffer no financial hardship on having the receipt of these funds delayed.

//

//

//

19. I ask leave of court to stay payment until this case is resolved.

Executed on this 9th day of April, 2026.

By: /s *Sarah Goolden (Apr 9, 2026 16:32:03 EDT)*

Sarah Goolden
*Plaintiff / Counterclaim-Defendant*
*Sarah Goolden*

# Declaration Goolden motion to stay

Final Audit Report                                                    2026-04-09

| | |
|---|---|
| Created: | 2026-04-09 |
| By: | carrie goldberg (carrie@cagoldberglaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAoyFtCFys-vbscuLdB_xmtnSdLaS9O545 |

## "Declaration Goolden motion to stay" History

📄 Document created by carrie goldberg (carrie@cagoldberglaw.com)
2026-04-09 - 8:27:49 PM GMT

📧 Document emailed to sarah (sarah.goolden@gmail.com) for signature
2026-04-09 - 8:27:53 PM GMT

📄 Email viewed by sarah (sarah.goolden@gmail.com)
2026-04-09 - 8:28:40 PM GMT

🖊 Signer sarah (sarah.goolden@gmail.com) entered name at signing as Sarah Goolden
2026-04-09 - 8:32:01 PM GMT

🖊 Document e-signed by Sarah Goolden (sarah.goolden@gmail.com)
Signature Date: 2026-04-09 - 8:32:03 PM GMT - Time Source: server

✅ Agreement completed.
2026-04-09 - 8:32:03 PM GMT

**Adobe Acrobat Sign**