# Exhibit A

## Madison Powers

| | |
|---|---|
| **From:** | Carrie Goldberg <carrie@cagoldberglaw.com> |
| **Sent:** | Thursday, April 9, 2026 3:40 PM |
| **To:** | Benjamin Allee |
| **Cc:** | Aurore DeCarlo; Madison Powers |
| **Subject:** | Re: Goolden v Wardak |

Financial hardship.

Carrie Goldberg
C.A. Goldberg, PLLC
16 Court Street, 33rd Floor, Brooklyn, NY 11241
646.666.8908
carrie@cagoldberglaw.com
www.cagoldberglaw.com



**Fighting stalkers, pervs, trolls, & tech**

Twitter
Instagram
Facebook
Mailing List

*This email is sent from a law firm and may contain privileged and confidential information. If you received it in error, please destroy it and inform me. Further disclosure, copying, or distribution is prohibited.*

---

**From:** Benjamin Allee <Benjamin@yankwitt.com>
**Date:** Thursday, April 9, 2026 at 3:35 PM
**To:** Carrie Goldberg <carrie@cagoldberglaw.com>
**Cc:** Aurore DeCarlo <aurore@incendiilaw.com>, Madison Powers <Madison@yankwitt.com>
**Subject:** Re: Goolden v Wardak

Good afternoon. Is there a reason for this request? Thanks.

Regards,
Ben

Sent from my iPhone

On Apr 9, 2026, at 3:16 PM, Carrie Goldberg <carrie@cagoldberglaw.com> wrote:

Would your client agree to a payment plan of $250 per month?

Carrie Goldberg
C.A. Goldberg, PLLC
16 Court Street, 33rd Floor, Brooklyn, NY 11241
646.666.8908
carrie@cagoldberglaw.com
www.cagoldberglaw.com

<image001.png>

**Fighting stalkers, pervs, trolls, & tech**

Twitter
Instagram
Facebook
Mailing List

*This email is sent from a law firm and may contain privileged and confidential information. If you received it in error, please destroy it and inform me. Further disclosure, copying, or distribution is prohibited.*

---

**From:** Benjamin Allee <Benjamin@yankwitt.com>
**Date:** Thursday, April 9, 2026 at 3:13 PM
**To:** Carrie Goldberg <carrie@cagoldberglaw.com>
**Cc:** Aurore DeCarlo <aurore@incendiilaw.com>, Madison Powers <Madison@yankwitt.com>
**Subject:** Re: Goolden v Wardak

Good afternoon Carrie. We do not agree to defer payment. Thanks.

Regards,
Ben

Sent from my iPhone

> On Apr 9, 2026, at 12:49 PM, Carrie Goldberg <carrie@cagoldberglaw.com> wrote:
>
> Hi Benjamin,
>
> I'm writing to inquire whether your client will voluntarily agree to defer payment of the fee award until resolution of the case?
>
> Carrie Goldberg

C.A. Goldberg, PLLC
16 Court Street, 33rd Floor, Brooklyn, NY 11241
646.666.8908
carrie@cagoldberglaw.com
www.cagoldberglaw.com

<image001.png>

**Fighting stalkers, pervs, trolls, & tech**

Twitter
Instagram
Facebook
Mailing List

*This email is sent from a law firm and may contain privileged and confidential information. If you received it in error, please destroy it and inform me. Further disclosure, copying, or distribution is prohibited.*

**CAUTION:** This email originated from outside of the organization. DO NOT reply to the message, click links or open attachments unless you recognize the sender and know the content is safe. Call the sender instead if you are unsure whether the email is legitimate.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

**CAUTION:** This email originated from outside of the organization. DO NOT reply to the message, click links or open attachments unless you recognize the sender and know the content is safe. Call the sender instead if you are unsure whether the email is legitimate.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

**CAUTION:** This email originated from outside of the organization. DO NOT reply to the message, click links or open attachments unless you recognize the sender and know the content is safe. Call the sender instead if you are unsure whether the email is legitimate.