**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SARAH GOOLDEN,

                          Plaintiff,                      **19-CV-6257 (ALC) (VF)**

        -against-                            **ORDER**

HAMED WARDAK,

                          Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On April 9, 2026, Plaintiff filed a letter motion requesting the Court allow Plaintiff to defer the payment of the attorney's fees awarded on February 24, 2026 (see ECF No. 285) until the matter is resolved. ECF No. 286. Defendant opposes, arguing that Plaintiff had not established her inability to pay. ECF No. 287. Upon Plaintiff's request (ECF No. 288), the Court reviewed Plaintiff's financial documents in camera.

In light of the financial hardship to Plaintiff, the Court will defer enforcement of the sanctions award at ECF No. 285 until the entry of a settlement or final judgment.

The Clerk of Court is respectfully directed to close the motion at ECF No. 286.

        **SO ORDERED.**

DATED:     New York, New York
             April 28, 2026

                                    _____
                                    VALERIE FIGUEREDO
                                    United States Magistrate Judge