

140 Grand Street, Suite 705, White Plains, New York 10601    |    White Plains, NY
t 914.686.1500 · f 914.487.5000 · www.yankwitt.com    |    Atlantic City, NJ

June 2, 2026

**By ECF**

Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

      **Re:**    **Sarah Goolden v. Hamed Wardak**
              **1:19 Civ. 06257 (ALC) (VF)**

Dear Judge Figueredo:

We represent the defendant and counter-claimant, Hamed Wardak ("Defendant"), in the above-referenced action. We write regarding Defendant's May 8, 2026 letter (ECF No. 293) concerning Plaintiff's submission of financial documentation pursuant to the Court's April 29, 2026 Order (ECF No. 292). In our May 8 letter, we respectfully requested that the Court deny any relief from the Sanctions Payment Order on the present record, or alternatively that Plaintiff be directed to provide a complete financial disclosure, including sworn confirmation of completeness, signed income tax returns, bank statements reflecting cash flow from 2023 to the present, and that he be permitted limited discovery concerning Plaintiff's financial condition. The Court has not ruled on our request.

As noted in our May 8 letter, there is no basis for the Court to grant Plaintiff relief from the Sanctions Payment Order, and the *ex parte* proceedings on which the Court did so were objectionable.

We respectfully request that the Court rule on the requests in our May 8 letter. In the event that additional briefing would be useful, we request that the Court issue a briefing schedule.

We thank the Court for its consideration.

                    Respectfully submitted,

                    YANKWITT LLP

                    By: _____
                    Benjamin Allee

Cc:    All parties (by ECF)