646.666.8908 | 16 COURT STREET, 33RD FLOOR | BROOKLYN, NY 11241
CARRIE@CAGOLDBERGLAW.COM | WWW.CAGOLDBERGLAW.COM

June 5, 2026

**VIA ECF**
Hon. Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: **Goolden v. Wardak, Case 1:19-cv-06257-ALC-VF**

Dear Judge Figueredo

As you are aware I am counsel for Plaintiff and Counter-defendant Sarah Goolden in the above-referenced matter. I write regarding the June 2, 2026, correspondence from Benjamin Allee, Esq., counsel for Hamed Wardak (Doc. 294) wherein he requests that "the Court deny any relief from the Sanctions Payment Order" and that he be permitted "limited discovery concerning Plaintiff's financial condition."

No further relief on this motion is appropriate or justified. Your Honor's Order on April 28, 2026, resolves the motion with finality. (Doc 290). Ms. Goolden accommodated the requests thereafter to provide Mr. Allee the very personal financial evidence underpinning your honor's decision, but Wardak's escalating requests for more financial information and discovery is an attempt to convert this court into a henchman to continue his campaign of badgering and harassing Ms. Goolden.

Mr. Wardak's option was to seek relief from the Second Circuit if he disliked the outcome of your Honor's decision.

Sincerely,

*/s/ Carrie Goldberg*
Carrie Goldberg
*Counsel for Sarah Goolden*

*Copy to: All counsel via ECF*

---

**MEMO ENDORSED**



HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE    **Dated: June 8, 2026**

Given Defendant's submission on May 8, 2026, it appears Plaintiff is married. <u>See</u> ECF No. 293. Defendant appears to be arguing that Plaintiff must get the money to pay for sanctions order from her new husband. Defendant is directed, by **June 15, 2026**, to provide any caselaw to support the argument as to why the wealth of Plaintiff's husband is relevant or as to why Plaintiff must try to obtain the money from her husband to satisfy the sanctions order.

The parties are also directed to meet and confer and file a joint status update on the case and proposed next steps by **June 22, 2026.**


C.A. GOLDBERG
PLLC. NEW YORK