**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SARAH GOOLDEN,

Plaintiff,

-against-

HAMED WARDAK,

Defendant.
-----------------------------------------------------------------X

**19-CV-6257 (ALC) (VF)**

**ORDER SCHEDULING CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A conference in this case to address the issues raised at ECF Nos. 298 and 299 is scheduled for **Thursday, September 17, 2026 at 1:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's Teams conference line at the scheduled time. **Please dial (646) 453-4442; conference ID [706 700 755#].**

**SO ORDERED.**

DATED: New York, New York
August 26, 2026

VALERIE FIGUEREDO
United States Magistrate Judge