incendii
civil justice, **together.**
195 Plymouth Street | Suite 4-3
Brooklyn NY 11201 | 646-722-8655
www.incendiilaw.com

Aurore DeCarlo | Founding Partner
aurore@incendiilaw.com

September 17, 2026

VIA ECF

Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

RE: *Goolden v. Wardak* and *Wardak v. Goolden*, No. 19-CV-6257 (ALC)(VF)

Dear Judge Figueredo:

We represent Plaintiff/Counterclaim-Defendant Sarah Goolden in the above-referenced matter.

The parties' joint status letter dated June 22, 2026 (ECF Doc. No. 298) annexed as Exhibit A the relevant portion of the transcript of the conference held before the Honorable Debra Freeman on March 15, 2022 (Dkt. No. 135). That exhibit was inadvertently omitted from the filing.

With the consent of counsel for Defendant/Counterclaim-Plaintiff Hamed Wardak, we file Exhibit A herewith so that it is available for the Court's reference at the conference scheduled for this afternoon.

We apologize for the oversight and thank the Court for its consideration.

Very truly yours,

/s/ Aurore C. DeCarlo
Aurore DeCarlo
Founding Partner
Incendii Law PLLC

Attorneys for Plaintiff/Counterclaim-Defendant Sarah Goolden

cc: All counsel of record (via ECF)