**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SARAH GOOLDEN,

Plaintiff,

**19-CV-6257 (ALC) (VF)**

-against-

**ORDER**

HAMED WARDAK,

Defendant.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Court held a conference with the parties today, September 17, 2026. As discussed at the conference, the deadline for fact discovery is **September 30, 2026**. Plaintiff may file a letter by **September 30, 2026** if the deposition issue raised at ECF No. 298 is not resolved. The deadline for expert discovery is **December 30, 2026**.

**SO ORDERED.**

DATED: New York, New York
September 17, 2026

VALERIE FIGUEREDO
United States Magistrate Judge